(No. 75-CC-424— )

TRAFFIC INSTITUTE, NORTHWESTERN UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 10, 1975.*

TRAFFIC INSTITUTE, NORTHWESTERN UNIVERSITY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-526— )

GENERAL ELECTRIC SUPPLY COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed February 10, 1975.*

GENERAL ELECTRIC SUPPLY COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.